IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL ARCHER, ET UX.          *
                                *
                                *
v.                              *     Civil No. – JFM-15-565
                                *
U.S. BANK NATIONAL ASSOC.       *
                            ******

## MEMORANDUM

This action was removed to this court from the Circuit Court of Maryland for Cecil County. One of the defendants, EMC Mortgage LLC has filed a motion to dismiss. The motion will be granted.

It is apparent from the face of the complaint that this action is time-barred because it was brought more than three years after plaintiff had knowledge it accrued. Because this defect exists as to the claims asserted by all of the defendants, the case will be dismissed in its entirety even though two of the defendants have not yet filed a response.

A separate order granting EMC's motion to dismiss and dismissing this action is being entered herewith.

Date: 4/1/15

J. Frederick Motz
United States District Judge